# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY EDWARD PETTY,
          Appellant,
        vs.
THE STATE OF NEVADA,
          Respondent.

No. 79849

**FILED**

NOV 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for production of documents. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for production of documents, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Michelle Leavitt, District Judge
     Anthony Edward Petty
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

19-48098